In the United States District Court
for the
Southern District of Indiana

Michael R. Ruby
#31759

vs

Detective Ronnie Gains &
New Albany Police Dept.
　　ETal, Defendant(s)

FILED
02/15/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk
4:24-cv-00032-TWP-KMB

## Disclosure Statement

I Michael Ray Ruby am seeking Justice most of All but Also A resonable monetary Ammount from Declive Ronnie Gains and the New Albany Police Department for Not upholding the Law and for the loss of my security, Broken Ribs, A bullet hole, numerous pellet gun holes and the Fear I had Just to walk from my house. The worry if there is going to be another Attempt on my life. I'm seeking $5,000,000.00.

On Oct. 2022 I was Assaulted by At least 5 people in an Attempt to take my life. Bridget Algarin, John Needham, Rebecca Brown, Brittany Kurtsinger and An unknown female, tried to end my Life. Mr. John Needham And 3 others were staged outside my residence. Mrs. Algarin and I have a past. we were no longer together but still talked here and there. This Day she (mrs. Algarin) and I had been texting back and forth throughout the day her Asking to meet me so we could talk Finally after 2. Am she asked me to come talk to her in her car because I had A roomate I Lived with. I walked out to her car and upon getting to it John Needham appeared from under a parked truck. He started beating me with a 5 to 6 ft long hollow pipe. After hitting my back, ribs (Left & Right) I began to Fall to the ground. I remember counting the hits 6, 7, 8 After the 8th hit, something inside me took over. I remember grabbing the pipe As he hit me the 9th or 10th time And somehow mustered the strength to pull myself up and As I did I removed A small pocket knife from my pocket and by the time I was standing up fearing for my life I stuck that Little pocket knife in John Needhams Neck

I removed the knife from Mr. Needhams neck. I tried to stumble/run away for fear I may die. As I tried to escape what I thought certain would be my death Mr. Needham shot unknown caliber gun at me that clipped my right arm where it took a chunk of my arm. As I stumbled/ran away Rebecca Brown & Brittany Kurtsinger were shooting what I found out later from Dectective Gains to to be 22 caliber pellet/bb guns. Which explains why I removed 6 from various spots on my back. But As I was running away they were beating me in my head and upper body with mini wooden ball bats. And as I got futher down the alley Mrs. Algarin tried to run me over with her car. Had it not been for a Silver BMW in the alley she no doubt would have succed in taking my life. The police ofcourse responded and an investigation was in place. I called the police station to let them know what was/had just taken place. Upon speaking to detective Gains About this he requested the texts and any pictures I may have. I sent him everything he asked for and gave my statement over the phone. Mr. Needham was in an ambulance for close to 3hrs outside my house/appartment. Detective Gains questioned him and according to what Detective Gains told me that he confessed to colaberate what I told him. Upon being placed in the Floyd county Jail since Nov. 28, 2023 I had a chance to speak to detective gains and ask him the outcome of the criminal case placed on them and he told me there was none. It can only be investigated for so long. But why not I asked John Needham confessed and I showed you the text where Mrs. Algarin set it all up. Still nothing to this day has been done about this. I tried to seek med. help but at that time Mrs. Algarin worked for the nearest hospital. So my friend helped me 1st by removing 6, 22 caliber bbs from my back bought me some Ibphrophen, band aids ace bandages guaze and antibacterial ointment and let me recover from this on his couch for almost 9 months. I sought mental help and medical help because the left side of my body was paralized for almost a year due to what the doctor at wellstone in Jefferson-ville Indiana 47130 diagnosed as Saturday Night Palzy. I believe that I am entitled to A large settlement for this ordeal And for justice as well.    Michael R Ruby

The Five Individuals that Actually Assaulted Me are All American Born citizens And own no stock in NAPD To the best of my knowlage Dective Gains is A U.S. Born citizen Lives in new Albany IN 47150. He does not own stock I believe in the Goverment Appointed New Albany police force or Department.

The reason I am seeking $15,000,000 is for several reasons.

1) The mental Anguish I had to endure After the and during the incident.

2) The loss of security, Not Knowing IF and when I walked outside will they be waiting again to try Another Attempt.

3) It is the Job and Oath Any Police or Dectective to uphold the law.

4) The physical pain and now permenant Damage done to My Body.

5) The Police Department for Not taking control when DedEctive Gains failed to uphold the Law and Arrest the 5 People that did this to me.

6) for the medical bills that I've concured since the Assault took Place. I was Admitted to wellstone for My condition which caused what my Dr. call Saturday Night Palzy.

I do not think that my Life can be put to a value But we can start At the above requested Amount And Investigate DetEctive Gains & The New Albany Police Dept. for Not upholding the Law to protect & serve. How many other times has Detective Gains And other officers looked Past crimes because they know the Person/person family who Is committing the crime. I Believe My requested ammount is a good starting point for A Low number value on my Life.

#31759 Michael Ray Ruby