UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MICHAEL RAY RUBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-cv-00032-TWP-KMB ) |
| RONNIE GAINS Detective, NEW ALBANY POLICE DEPT., BRIDGET ALGARIN, REBECCA BROWN, BRITTANY KURTSINGER, JOHN NEEDHAM, JANE DOE, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed without prejudice.

Dated: 7/22/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

MICHAEL RAY RUBY
701 East Spring Street, Apartment 411
New Albany, IN 47150